IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____ )
                                  )
                                  )
IN RE DIET DRUGS                  )
(PHENTERMINE/FENFLURAMINE/        )    MDL No. 1203
DEXFENFLURAMINE) PRODUCTS         )
LIABILITY LITIGATION              )
                                  )
                                  )
_____ )
                                  )
THIS DOCUMENT RELATES TO:         )
                                  )
GWENDOLYN HART *et al.*,          )
                                  )
                  Plaintiffs,     )    Civ. No. 02-20141
                                  )
         v.                       )
                                  )
WYETH *et al.*,                   )
                                  )
                  Defendants.     )
                                  )
_____ )

**PRETRIAL ORDER NO.**

AND NOW, upon consideration of Wyeth's Motion to Dismiss the Claims of

Plaintiff Originally Named in the *Hart* Complaint Who Did Not Timely File a Severed

and Amended Complaint, it is hereby ORDERED that said motion is GRANTED.

Accordingly, all Claims of Plaintiff Pamela Hitchen are hereby dismissed with prejudice,

with each party to bear its own costs.


                                   _____

                                   Harvey Bartle III, J.


Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| _____ ) | |
| ) | |
| IN RE DIET DRUGS ) | |
| (PHENTERMINE/FENFLURAMINE/ ) | MDL No. 1203 |
| DEXFENFLURAMINE) PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | |
| ) | |
| _____ ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| GWENDOLYN HART *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 02-20141 |
| ) | |
| v. ) | |
| ) | |
| WYETH *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**WYETH'S MOTION TO DISMISS THE CLAIMS OF PLAINTIFF
ORIGINALLY NAMED IN THE *HART* COMPLAINT WHO DID NOT
TIMELY FILE A SEVERED AND AMENDED COMPLAINT**

Wyeth hereby moves, pursuant to Paragraph 13 of PTO 3370, to dismiss the

claims of plaintiff Pamela Hitchen for failure timely to file a Severed and Amended

Complaint.  Wyeth has also submitted herewith a proposed form of order.

Respectfully submitted,


/s/ Richard Kornylak

Peter L. Zimroth
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
(212) 715-1010

Daniel S. Pariser
Richard Kornylak
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004
(202) 942-6216

Michael T. Scott
Paul B. Kerrigan
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
(215) 851-8248

Attorneys for Defendant Wyeth

Dated: January 12, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| _____ ) | |
| ) | |
| IN RE DIET DRUGS ) | |
| (PHENTERMINE/FENFLURAMINE/ ) | MDL No. 1203 |
| DEXFENFLURAMINE) PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | |
| ) | |
| _____ ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| GWENDOLYN HART *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 02-20141 |
| ) | |
| v. ) | |
| ) | |
| WYETH *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**WYETH'S MEMORANDUM IN SUPPORT OF ITS MOTION
TO DISMISS THE CLAIMS OF PLAINTIFF ORIGINALLY NAMED
IN THE *HART* COMPLAINT WHO DID NOT TIMELY FILE
A SEVERED AND AMENDED COMPLAINT**

**FACTS**

In PTO 3370, the Court established a procedure severing plaintiffs named in

multiple-plaintiff actions and requiring each of those plaintiffs to refile an individual

Severed and Amended Complaint.  PTO 3370 ¶¶ 5-14.

The case captioned *Gwendolyn Hart et al. v. Wyeth et al.*, Civ. No. 02-20141, was

severed by PTO 4092, entered on November 2, 2004.  Pursuant to the terms of

PTO 3370, plaintiffs must refile a Severed and Amended Complaint, if at all, within 60

days of the filing of the severance order.  PTO 3370 ¶ 7.  Severed and Amended

Complaints originating from the *Hart* case were therefore required to be filed no later than December 31, 2004.

The plaintiff Pamela Hitchen, originally named in the *Hart* complaint, did not file a Severed and Amended Complaint by the deadline for doing so under PTO 3370.

## ARGUMENT

By this motion, Wyeth asks the Court for an order dismissing with prejudice this plaintiff's claims for failure to prosecute her action. Paragraph 13 of PTO 3370 provides:

> A plaintiff's failure to file a Severed and Amended Complaint within the time prescribed in Paragraph 7 [*i.e.*, 60 days from the filing of the order severing the case], without further leave of Court, will be deemed a failure to prosecute and to comply with this Order and, upon motion by any defendant, may result in the dismissal of the plaintiff's Claims with prejudice, pursuant to Federal Rule of Civil Procedure 41(b).

Pamela Hitchen has neither filed a Severed and Amended Complaint nor moved the Court for an extension of time to file such complaint. It appears as though this plaintiff no longer wishes to pursue her action. In any event, under the terms of PTO 3370, her Claims should be dismissed with prejudice.

Respectfully submitted,


/s/ Richard Kornylak

Peter L. Zimroth
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
(212) 715-1010

Daniel S. Pariser
Richard Kornylak
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC  20004
(202) 942-6216

Michael T. Scott
Paul B. Kerrigan
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
(215) 851-8248

Attorneys for Defendant Wyeth

Dated: January 12, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Wyeth's Motion to Dismiss the Claims of Plaintiff Originally Named in the *Hart* Complaint Who Did Not Timely File a Severed and Amended Complaint, Memorandum in Support of Wyeth's Motion, and proposed Pretrial Order were served this 12th day of January, 2005 by first-class mail, postage prepaid, upon counsel appearing on the attached Service List.

Wyeth's Motion, Memorandum, and proposed Order have been filed electronically and are available for viewing and downloading from the ECF system.

/s/ Richard Kornylak
Richard Kornylak

Dated: January 12, 2005

<u>SERVICE LIST</u>

Darleen Marie Jacobs, Esquire
Jacobs & Sarrat
823 St Louis Street
New Orleans, LA 70112
**Counsel for Plaintiffs**

Mark Philip Glago, Esquire
Robert G. Harvey, Esquire
Tamara Kluger Jacobson, Esquire
Harvey, Jacobson & Glago
APLC
2609 Canal Street
New Orleans, LA 70119
**Counsel for Plaintiffs**

Richard N. Laminack, Esquire
O'Quinn, Laminack & Pirtle
440 Louisiana Street
Suite 2300 Lyric Center Building
Houston, TX 77002
**Counsel for Plaintiffs**

Gregory P. Miller, Esquire
Miller, Alfano & Raspanti, P.C.
1818 Market Street
Suite 3402
Philadelphia, PA 19103
**Special Discovery Master**

Andrew Chirls, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1650 Arch Street
22nd Floor
Philadelphia, PA  19103-2097
**Counsel for AHP Settlement Trust**

Arnold Levin, Esquire
Michael D. Fishbein, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
**Co-Chair of Plaintiffs' Management Committee**

John J. Cummings, III, Esquire
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
**Co-Chair of Plaintiffs' Management Committee**

Stanley M. Chesley, Esquire
Waite, Schneider, Bayless, Chesley Co., L.P.A.
1513 Central Trust Tower
One West Fourth Street
Cincinnati, OH 45202
**Co-Chair of Plaintiffs' Management Committee**

Ms. Deborah A. Hyland
Plaintiffs' Management Committee
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
**Co-Chair of Plaintiffs' Management Committee**

Michael T. Scott, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
**Liaison Counsel for Fenfluramine/Dexfenfluramine Defendants**

Edward W. Madeira, Jr., Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Philadelphia, PA 19103-2799
**Liaison Counsel for Phentermine Manufacturers & Suppliers**

Peter G. Resnick, Esquire
McDermott, Will & Emery
28 State Street, 34th Floor
Boston, MA 02109-1775
**Co-Lead Counsel for Phentermine Defendants**

Edward S. Weltman, Esquire
Goodwin Procter LLP
599 Lexington Avenue, 30th Floor
New York, NY 10022
**Co-Lead Counsel for Phentermine Defendants**