IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL No. 1203 |
| THIS DOCUMENT RELATES TO: GWENDOLYN HART *et al.*, Plaintiffs, v. WYETH *et al.*, Defendants. | Civ. No. 02-20141 |

**WYETH'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS
THE CLAIMS OF PLAINTIFF ORIGINALLY NAMED IN THE
*HART* COMPLAINT WHO DID NOT TIMELY FILE
<u>A SEVERED AND AMENDED COMPLAINT</u>**

Wyeth hereby files a Notice of Withdrawal of its Motion to Dismiss the Claims of Plaintiff Originally Named in the *Hart* Complaint Who Did Not Timely File a Severed and Amended Complaint.

Plaintiff Pamela Hitchen has stipulated to dismiss her case and does not intend to pursue her claims. For this reason, Wyeth withdraws its motion.

Respectfully submitted,

/s/ Richard Kornylak

Peter L. Zimroth
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
(212) 715-1010

Daniel S. Pariser
Richard Kornylak
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004
(202) 982-6216

Michael T. Scott
Paul B. Kerrigan
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8248

Attorneys for Defendant Wyeth

Dated: February 18, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Wyeth's Notice of Withdrawal of its Motion to Dismiss the Claims of Plaintiff Originally Named in the *Hart* Complaint Who Did Not Timely File a Severed and Amended Complaint was served this 18th day of February, 2005 by first-class mail, postage prepaid, upon counsel appearing on the attached Service List.

Wyeth's Notice of Withdrawal has been filed electronically and is available for viewing and downloading from the ECF system.

/s/ Richard Kornylak

Dated: February 18, 2005

SERVICE LIST

Darleen Marie Jacobs, Esquire
Jacobs & Sarrat
823 St Louis Street
New Orleans, LA 70112
**Counsel for Plaintiffs**

Mark Philip Glago, Esquire
Robert G. Harvey, Esquire
Tamara Kluger Jacobson, Esquire
Harvey, Jacobson & Glago APLC
2609 Canal Street
New Orleans, LA 70119
**Counsel for Plaintiffs**

Richard N. Laminack, Esquire
O'Quinn, Laminack & Pirtle
440 Louisiana Street
Suite 2300 Lyric Center Building
Houston, TX 77002
**Counsel for Plaintiffs**

Gregory P. Miller, Esquire
Miller, Alfano & Raspanti, P.C.
1818 Market Street
Suite 3402
Philadelphia, PA 19103
**Special Discovery Master**

Andrew Chirls, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1650 Arch Street
22nd Floor
Philadelphia, PA  19103-2097
**Counsel for AHP Settlement Trust**

Arnold Levin, Esquire
Michael D. Fishbein, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
**Co-Chair of Plaintiffs' Management Committee**

John J. Cummings, III, Esquire
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
**Co-Chair of Plaintiffs' Management Committee**


Stanley M. Chesley, Esquire
Waite, Schneider, Bayless, Chesley Co., L.P.A.
1513 Central Trust Tower
One West Fourth Street
Cincinnati, OH 45202
**Co-Chair of Plaintiffs' Management Committee**

Ms. Deborah A. Hyland
Plaintiffs' Management Committee
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
**Co-Chair of Plaintiffs' Management Committee**

Michael T. Scott, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
**Liaison Counsel for Fenfluramine/Dexfenfluramine Defendants**

Edward W. Madeira, Jr., Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Philadelphia, PA 19103-2799
**Liaison Counsel for Phentermine Manufacturers & Suppliers**

Peter G. Resnick, Esquire
McDermott, Will & Emery
28 State Street, 34th Floor
Boston, MA 02109-1775
**Co-Lead Counsel for Phentermine Defendants**

Edward S. Weltman, Esquire
Goodwin Procter LLP
599 Lexington Avenue, 30th Floor
New York, NY 10022
**Co-Lead Counsel for Phentermine Defendants**