IN THE UNITED STATES OF DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203<br><br>Severed from Civ. No. 02-20141 |
| GWENDOLYN HART<br><br>V.<br><br>WYETH COMPANY F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH-AYERST LABORATORIES, INC, a division of American Home Products, Inc.; WYETH LABORATORIES COMPANY; A.H. ROBINS COMPANY, INC.; FISONS CORPORATION | |

**PRETRIAL ORDER NO. _____**

AND NOW TO WIT: This \_\_\_\_ day of _____, 2005, it having been reported that the issues between the parties have been settled with respect to plaintiff Pamela Hitchen in the above-captioned action, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby

ORDERED that, pursuant to agreement of counsel, all claims of plaintiff Pamela Hitchen in the above-captioned action are DISMISSED with prejudice and without costs as to all named Defendants.

MICHAEL E. KUNZ, Clerk of Court

BY: _____
Katherine Gallagher
Deputy Clerk